UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>KENNETH RICHARDSON,<br><br>                    Defendant. | **ORDER**<br><br>21 Cr. 162 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that there will be a conference in this action on **Thursday, December 16, 2021 at 4:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        December 13, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge