UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>KENNETH RICHARDSON,<br><br>                    Defendant. | **ORDER**<br><br>21 Cr. 162 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    As stated at today's conference, Defendant Kenneth Richardson's violation of supervised release hearing is adjourned while the state charges against the Defendant are proceeding in state court. The Defendant will submit monthly reports regarding the status of the state proceedings, beginning on **January 18, 2022**.

Dated: New York, New York
   December 16, 2021

                SO ORDERED.

                _____
                Paul G. Gardephe
                United States District Judge