# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 18, 2022

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Kenneth Richardson**
      **21 Cr. 162 (PGG)**

Dear Judge Gardephe,

    I write to provide a status update for the VOSR proceedings in the above-captioned case. On or about January 12, 2021, Mr. Richardson's parallel state proceeding under case number IND-71181-21 was adjourned to March 16, 2022. Accordingly, and notwithstanding the Court's directive that the defense provide an update regarding the state case every 30 days, I respectfully request leave to provide the Court with a status update by March 21, 2022. The Government consents to this application.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender

Cc:   AUSA Camille Fletcher      Counsel for Kenneth Richardson

---

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: January 20, 2022