**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 21, 2022

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Kenneth Richardson</u>
            21 Cr. 162 (PGG)

Dear Judge Gardephe,

    I write to provide a status update for the VOSR proceedings in the above-captioned case. On or about March 16, 2022, Mr. Richardson's parallel state proceeding under case number IND-71181-21 was adjourned to April 20, 2022. Accordingly, and pursuant to the Court's directive that the defense update the Court every 30 days as to the status of the state proceedings, I respectfully request leave to provide the Court with a status update on or before April 22, 2022.

                              Respectfully Submitted,

                              Andrew J. Dalack, Esq.
                              Assistant Federal Defender

Cc:    AUSA Camille Fletcher        Counsel for Kenneth Richardson

**Memo Endorsed:** A conference in this case will take place on May 19, 2022 at 3:00 p.m. in in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  The Defendant will continue to submit monthly reports regarding the status of the state proceedings.
Dated:  March 23, 2022

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge