**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 23, 2022

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Kenneth Richardson</u>
           21 Cr. 162 (PGG)

Dear Judge Gardephe,

      I write regarding the VOSR proceedings in the above-captioned case and to provide a status update with respect to Kenneth Richardson's parallel state court proceedings. On or about April 20, 2022, Mr. Richardson's New York County case (IND-71181-21) was adjourned to June 1, 2022. Accordingly, the defense respectfully seeks leave to file its next written update by June 3, 2022 and will otherwise be prepared to proceed with a status conference on May 19, 2022, at 3:00 p.m. (<u>see</u> Dkt. No. 14).

                                  Respectfully Submitted,

                                    Andrew J. Dalack, Esq.
                                    Assistant Federal Defender

Cc:    AUSA Camille Fletcher           Counsel for Kenneth Richardson

**Memo Endorsed:** The conference scheduled for May 19, 2022 at 3:00 p.m. will move forward at the scheduled time.
Dated: April 27, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge