UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

KENNETH RICHARDSON,

                    Defendant.

**ORDER**

21 Cr. 162 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for May 19, 2022 is adjourned to **June 9, 2022 at 3:15**

**p.m.**  By June 3, 2022, the Defendant will submit a letter regarding the status of pending state

proceedings.

Dated:  New York, New York
         May 18, 2022

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge