UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>KENNETH RICHARDSON,<br><br>                    Defendant. | **ORDER**<br><br>21 Cr. 162 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The violation of supervised release proceeding currently scheduled for August 25, 2022 will instead take place on **September 8, 2022 at 4:00 p.m.**

Dated: New York, New York
       August 22, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge