UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

KENNETH RICHARDSON,

Defendant.

**ORDER**

21 Cr. 162 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The violation of supervised release proceeding currently scheduled for September 16, 2022 will instead take place on **Tuesday, September 20, 2022 at 10:45 a.m.**

Dated: New York, New York
September 15, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge