UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

KENNETH RICHARDSON,

Defendant.

**ORDER**

21 Cr. 162 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated on the record today, the violation of supervised release proceeding as to Defendant Kenneth Richardson is adjourned to **September 22, 2026, at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The parties are directed to submit a joint letter by **September 8, 2026.** The parties' joint letter will: (1) report on the status of the parallel state proceedings; and (2) set forth the parties' positions as to how this Court should proceed in this matter, in light of any developments in the parallel state proceedings.

Dated: New York, New York
July 9, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge