Case 1:21-cr-00162-PGG Document 38 Filed 10/15/26 Page 1 of 1

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 15, 2026

***Via CM/ECF***
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re. *United States v. Kenneth Richardson***
**21 Cr. 162 (PGG)**

Dear Judge Gardephe,

I write to provide an update in the above-captioned supervised release proceedings and to request a 30-day adjournment of the October 19, 2026, status conference. The Government and U.S. Probation join in this application.

Since the last status update, the state charges under docket number CR-013889-26NY, which underly the sole specification in the violation report, remain pending, and Mr. Richardson's next court appearance is on November 18, 2026.

Given this development and the impact that any resolution of the state charges will have on these proceedings, a 30-day adjournment of the October 19, 2026, conference is appropriate. I understand from Probation Officer Lauren Blackford that Mr. Richardson has otherwise remained compliant with his supervised release conditions and maintains full-time employment.

Respectfully submitted,
Andrew John Dalack
Andrew John Dalack, Esq.
Assistant Federal Defender

Cc: AUSA Camille Fletcher
USPO Lauren Blackford

**MEMO ENDORSED**
The Application is granted. The hearing is adjourned to December 2, 2026 at 10:00 A.M.
SO ORDERED:
Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: Oct. 15, 2026