Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 24, 2026

***Via CM/ECF***
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**The application is granted. The status conference is adjourned to Tuesday March 2, 2027 at 10:00 a.m.**

SO ORDERED.

Paul G. Gardephe
United States District Judge

**Date: November 24, 2026**

**Re. *United States v. Kenneth Richardson***
**21 Cr. 162 (PGG)**

Dear Judge Gardephe,

I write to provide an update in the above-captioned supervised release proceedings and to request a 90-day adjournment of the December 2, 2026, status conference. The Government and U.S. Probation join in this application.

Since the last status update, the state charges under docket number CR-013889-26NY, which underly the sole specification in the violation report, remain pending and unindicted. Mr. Richardson's next court appearance is on February 17, 2027.

Given this development and the impact that any resolution of the state charges will have on these proceedings, a 90-day adjournment of the December 2, 2026, conference is appropriate. Pertinent to this application, Mr. Richardson has otherwise remained compliant with his supervised release conditions and maintains full-time employment.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: AUSA Camille Fletcher
USPO Michael Estreicher